■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMEH OBAIDAT, Appellant. — Judgment, Supreme Court, Bronx County (F. Eggert, J.), rendered January 5, 1982 convicting defendant after trial by jury of murder in the second degree (Penal Law, § 125.25, subd 1) and sentencing him thereon to an indeterminate term of imprisonment having a minimum of 25 years and a maximum of life, is unanimously modified, as a matter of discretion, in the interest of justice, to the extent that the sentence is reduced and the court imposes a sentence of imprisonment of a minimum of 15 years and a maximum of life, and the judgment is otherwise affirmed. It appears that defendant killed his partner in the belief that his partner had misappropriated or stolen $2,500 worth of merchandise which belonged to the partners and was intended to be sold in their street-vending enterprise. Defendant had apparently attempted to get some satisfaction by complaint to the police and was told that the dispute was a civil matter. There is no indication that defendant has had any other criminal involvement. Defendant is a Jordanian who had resided apparently illegally in this country for three years. The crime is a very serious one meriting severe punishment. But we think this sentence was unduly severe and reduce it accordingly. Concur — Asch, J. P., Silverman, Bloom, Fein and Kassal, JJ.

■ WILLIAM H. O'REILLY et al., Respondents, v JAMES C. COURI, Appellant. — Order, Supreme Court, New York County (Edward Lehner, J.), entered on August 16, 1982, unanimously affirmed for the reasons stated by Lehner, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Carro, J. P., Silverman, Fein, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGE GERVAIS, Appellant. — Judgment, Supreme Court, New York County (Ernst Rosenberger, J.), rendered on February 7, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Ross, Lynch and Kassal, JJ.